USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT AVILES,

                                                    06 CV 2800 (KMW)(DCF)
                                                          ORDER

       -against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------x

KIMBA M. WOOD, U.S.D.J.:

    On February 16, 2007, this case was remanded to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On December 10, 2007, the Court ordered the Commissioner to provide a status report of the proceedings on remand. On December 20, 2007, the Commissioner informed the Court that (1) on December 18, 2007, the case was heard by an Administrative Law Judge; and (2) the parties were awaiting a decision.

    No later than June 27, 2008, the Commissioner shall provide, in writing, a status report of the proceedings on remand.

        SO ORDERED.

Dated:    New York, New York
            June 16, 2008

                                                    _____
                                                        Kimba M. Wood
                                                 United States District Judge