```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT AVILES,

           Plaintiff,           06 CV 2800 (KMW)(DCF)
                                                                    ORDER

       -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

           Defendant.
------------------------------------x
KIMBA M. WOOD, U.S.D.J.:

    On February 9, 2007, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings. On December 26, 2007, the Commissioner issued a favorable decision on Plaintiff's application for benefits.

    On June 23, 2008, the Court received a Notice of Settlement of Order and a copy of the favorable decision on Plaintiff's application for benefits. The Court has not received any objections to the Notice of Settlement of Order. Accordingly, the Court orders that this action is dismissed with prejudice and without costs to either party. The Clerk of Court is directed to enter Judgment.

       SO ORDERED.

Dated:    New York, New York
            July 22, 2008

                                                             /s/ Kimba M. Wood
                                                       Kimba M. Wood
                                            United States District Judge

COPIES MAILED